IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

AARON M. CUTSINGER                                                                PETITIONER
ADC #165532

v.                         CASE NO. 5:18-CV-00304 BSM

WENDY KELLEY, Director,
Arkansas Department of Correction                                                 RESPONDENT

## ORDER

After *de novo* review of the record, including Aaron Cutsinger's objections [Doc. No. 18], the findings and recommendation [Doc. No. 17] submitted by United States Magistrate Judge Patricia S. Harris are adopted. Accordingly, Cutsinger's petition is dismissed, all requested relief is denied, and judgment is entered for Kelley. A certificate of appealability is denied, and Cutsinger's motion for reconsideration of the order denying his motion to appoint counsel [Doc. No. 15] is denied as moot.

IT IS SO ORDERED this 25th day of April 2019.

_____
UNITED STATES DISTRICT JUDGE